Ekwan E. Rhow – State Bar No. 174604
erhow@birdmarella.com
Timothy B. Yoo - State Bar No. 254332
tyoo@birdmarella.com
Richard J. Jung - State Bar No. 353917
rjung@birdmarella.com
BIRD, MARELLA, RHOW,
LINCENBERG, DROOKS & NESSIM, LLP
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Plaintiff Incuvate, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| INCUVATE, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>PENUMBRA, INC.,<br><br>Defendant. | CASE NO. 5:26-cv-08658-PCP<br><br>**PLAINTIFF INCUVATE, LLC'S CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS** |

6057728.1

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no conflict to report.

Pursuant to Federal Rule of Civil Procedure 7.1(a), Plaintiff Incuvate, LLC certifies that it has no parent company and no publicly held corporation owns 10% or more of its stock.

DATED: August 20, 2026

Ekwan E. Rhow
Timothy B. Yoo
Richard J. Jung
Bird, Marella, Rhow,
Lincenberg, Drooks & Nessim, LLP

By: */s/ Timothy B. Yoo*
Timothy B. Yoo
Attorneys for Plaintiff Incuvate, LLC